**Nathaniel D. PIERCE, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director, Virginia Department of Corrections, Respondent–Appellee.**

No. 01–7319.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 26, 2001.

Decided Jan. 11, 2002.

Nathaniel D. Pierce, Appellant Pro Se. Michael Thomas Judge, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Nathaniel D. Pierce appeals the magistrate judge's order * denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have re-

---

* The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C.

viewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. *See Pierce v. Angelone,* No. CA–00–747 (E.D.Va. Aug. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Dismissed by unpublished PER CURIAM opinion.